FILED
7/31/2020 3:46 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2020L004020

9962601

FILED DATE: 7/31/2020 3:46 PM  2020L004020

| | |
|---|---|
| **2120 - Served** | **2121 - Served** |
| **2220 - Not Served** | **2221 - Not Served** |
| **2320 - Served By Mail** | **2321 - Served By Mail** |
| **2420 - Served By Publication** | **2421 - Served By Publication** |
| Summons - Alias Summons | (08/01/18) CCG 0001 A |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

DARRIN MALONE

_____
(Name all parties)

v.

MANHEIM REMARKETING, INC.

Case No. 2020L004020

☐ SUMMONS   ☑ ALIAS SUMMONS

To each Defendant: 801 Adlai Stevenson Dr Spfld IL

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance and pay the required fee **within thirty (30) days after service of this Summons, not counting the day of service.** To file your answer or appearance you need access to the internet. Please visit www.cookcountyclerkofcourt.org to initiate this process. Kiosks with internet access are available at all Clerk's Office locations. Please refer to the last page of this document for location information.

**If you fail to do so, a judgment by default may be entered against you for the relief requested in the complaint.**

To the Officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

Dorothy Brown, Clerk of the Circuit Court of Cook County, Illinois
cookcountyclerkofcourt.org
Page 1 of 3

**Exhibit A**

Summons - Alias Summons (08/01/18) CCG 0001 B

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp, or talk with your local circuit clerk's office.

FILED DATE: 7/31/2020 3:46 PM 2020L004020

7/31/2020 3:46 PM DOROTHY BROWN

Atty. No.: 36504

Atty Name: Gordon & Centracchio, LLC

Atty. for: Plaintiff

Address: 211 W. Wacker Dr. Suite 500

City: Chicago

State: IL   Zip: 60606

Telephone: 312-332-2490

Primary Email: j.ryan@gnclaw.com

Witness: _____

_____
DOROTHY BROWN, Clerk of Court

Date of Service: _____
(To be inserted by officer on copy left with Defendant or other person):

## CLERK OF THE CIRCUIT COURT OF COOK COUNTY OFFICE LOCATIONS

- Richard J Daley Center
  50 W Washington
  Chicago, IL 60602

- District 2 - Skokie
  5600 Old Orchard Rd
  Skokie, IL 60077

- District 3 - Rolling Meadows
  2121 Euclid
  Rolling Meadows, IL 60008

- District 4 - Maywood
  1500 Maybrook Ave
  Maywood, IL 60153

- District 5 - Bridgeview
  10220 S 76th Ave
  Bridgeview, IL 60455

- District 6 - Markham
  16501 S Kedzie Pkwy
  Markham, IL 60428

- Domestic Violence Court
  555 W Harrison
  Chicago, IL 60607

- Juvenile Center Building
  2245 W Ogden Ave, Rm 13
  Chicago, IL 60602

- Criminal Court Building
  2650 S California Ave, Rm 526
  Chicago, IL 60608

### Daley Center Divisions/Departments

- Civil Division
  Richard J Daley Center
  50 W Washington, Rm 601
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- Chancery Division
  Richard J Daley Center
  50 W Washington, Rm 802
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- Domestic Relations Division
  Richard J Daley Center
  50 W Washington, Rm 802
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- Civil Appeals
  Richard J Daley Center
  50 W Washington, Rm 801
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- Criminal Department
  Richard J Daley Center
  50 W Washington, Rm 1006
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- County Division
  Richard J Daley Center
  50 W Washington, Rm 1202
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- Probate Division
  Richard J Daley Center
  50 W Washington, Rm 1202
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- ● Law Division
  Richard J Daley Center
  50 W Washington, Rm 801
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- Traffic Division
  Richard J Daley Center
  50 W Washington, Lower Level
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

**Exhibit A**

Return Date: No return date scheduled
Hearing Date: No hearing scheduled
Courtroom Number: No hearing scheduled
Location: No hearing scheduled

FILED
4/8/2020 9:47 AM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2020L004020

9038837

FILED DATE: 4/8/2020 9:47 AM 2020L004020

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

DARRIN MALONE,             )
                           )
       Plaintiff,          )
                           )
v.                         )   NO.   2020L004020
                           )
MANHEIM REMARKETING, INC., a )
Delaware Corporation, d/b/a )
MANHEIM CHICAGO            )
                           )
       Defendants.         )

## COMPLAINT

NOW COMES the Plaintiff, DARRIN MALONE, by and through his attorneys, GORDON & CENTRACCHIO, L.L.C., and complaining of the Defendant, MANHEIM REMARKETING, INC., a Delaware Corporation, d/b/a MANHEIM CHICAGO, and alleges as follows:

### General Allegations Applicable to all Counts

1. That at all times relevant herein, Defendant, MANHEIM REMARKETING, INC., a Delaware Corporation, d/b/a MANHEIM CHICAGO (hereinafter referred to as MANHEIM), was a Delaware corporation existing by virtue of the laws of the State of Delaware and doing business in the County of Cook and State of Illinois.

2. That at all times relevant herein, Defendant, MANHEIM was a wholesale vehicle marketplace operating a facility located at 20501 Cox Ave. in the Village of Matteson, County of Cook and State of Illinois.

3. That at all times herein mentioned, Defendant, MANHEIM, operated, maintained, managed and controlled a certain premises and building located at 20501 Cox Ave. in the Village

Exhibit A

of Matteson, County of Cook and State of Illinois.in the County of Cook and State of Illinois.

4. That at all times relevant herein, the Plaintiff, DARRIN MALONE, was a resident of the State of Illinois.

5. That on or about August 28, 2018, the Plaintiff DARRIN MALONE, was making a delivery to the Defendant, MANHEIM, at the request of the Defendant.

6. That on or about August 28, 2018, the Plaintiff DARRIN MALONE, was an invitee of the Defendant, MANHEIM, and was rightfully upon the property located at 20501 Cox Ave. in the Village of Matteson, County of Cook and State of Illinois.

7. That on or about August 28, 2018, the Plaintiff DARRIN MALONE, as he was making a delivery to Defendant, MANHEIM, slipped and fell on scrap nuts located on the ground near the threshold of the Defendant's door.

## COUNT I – Negligence

1-7. Plaintiff realleges Paragraphs 1 through 7 of the general allegations of his Complaint as and for Paragraphs 1 through 7 of this Count I as though fully set forth herein.

8. That at all times relevant herein, it was the duty of Defendant, MANHEIM, to operate, manage, maintain, supervise and control said premises in a manner so as not to cause injury to persons lawfully upon said premises, and specifically, the Plaintiff herein.

9. Yet, notwithstanding said duty, the Defendant, MANHEIM, was guilty on one or more of the following negligent acts and/or omissions:

   (a) Carelessly and negligently permitted and allowed scrap nuts and other debris to remain in the area around the doorway;

   (b) Carelessly and negligently failed to repair or otherwise place in a good and safe condition the threshold to the doorway;

FILED DATE: 4/8/2020 9:47 AM   2020L004020

Exhibit A

(c) Carelessly and negligently placed scrap nuts and other debris on and near the doorway;

(d) Carelessly and negligently failed to provide a safe means of ingress and egress for personnel making deliveries such as the Plaintiff;

(e) Carelessly and negligently failed to provide adequate warning signs of a dangerous and hazardous condition;

(f) Carelessly and negligently failed to make reasonable inspection of the premises and specifically the area of ingress and egress used by the Plaintiff;

(g) Otherwise carelessly and negligently operated, managed, maintained and controlled said premises.

10. That as a direct and proximate result of one or more of the aforesaid wrongful acts or omissions of Defendant, MANHEIM, through its duly authorized agents and employees in their behalf, the Plaintiff was caused to slip and fall sustaining serious injuries, was obligated to spend large sums of money for medical care and attention, and was otherwise deprived of great gains which he would have made and acquired as a result of said injuries.

WHEREFORE, the Plaintiff, DARRIN MALONE, prays for judgment against the Defendant, MANHEIM, in an amount in excess of ONE HUNDRED THOUSAND DOLLARS ($100,000.00), plus costs of this suit.

## COUNT II – Premises Liability

1-7. Plaintiff realleges Paragraphs 1 through 7 of the general allegations of his Complaint as and for Paragraphs 1 through 7 of this Count I as though fully set forth herein.

8. That on information and belief the Defendant, MANHEIM, was the owner of the premises located at 20501 Cox Ave. in the Village of Matteson, County of Cook and State of Illinois on August 28, 2018.

FILED DATE: 4/8/2020 9:47 AM 2020L004020

Exhibit A

FILED DATE: 4/8/2020 9:47 AM    2020L004020

9. That the Defendant, MANHEIM, through its agents and employees was present on the premises when Plaintiff was injured on August 28, 2018.

10. That at all times relevant herein, it was the duty of Defendant, MANHEIM, to operate, manage, maintain, supervise and control said premises in a manner so as not to cause injury to persons lawfully upon said premises, and specifically, the Plaintiff herein.

11. Yet, notwithstanding said duty, the Defendant, MANHEIM, was guilty on one or more of the following negligent acts and/or omissions:

    (a)    Carelessly and negligently permitted and allowed scrap nuts and other debris to remain in the area around the doorway;

    (b)    Carelessly and negligently failed to repair or otherwise place in a good and safe condition the threshold to the door;

    (c)    Carelessly and negligently placed scrap nuts and other debris on and near the doorway;

    (d)    Carelessly and negligently failed to provide a safe means of ingress and egress for personnel making deliveries such as the Plaintiff;

    (e)    Carelessly and negligently failed to provide adequate warning signs of a dangerous and hazardous condition;

    (f)    Carelessly and negligently failed to make reasonable inspection of the premises and specifically the area of ingress and egress used by the Plaintiff;

    (g)    Otherwise carelessly and negligently operated, managed, maintained and controlled said premises.

12. That as a direct and proximate result of one or more of the aforesaid wrongful acts or omissions of Defendant, MANHEIM, through its duly authorized agents and employees in their behalf, the Plaintiff was caused to slip and fall sustaining serious injuries, was obligated to spend large sums of money for medical care and attention, and was otherwise deprived of great gains which he would have made and acquired as a result of said injuries.

**Exhibit A**

WHEREFORE, the Plaintiff, DARRIN MALONE, prays for judgment against the Defendant, MANHEIM, in an amount in excess of ONE HUNDRED THOUSAND DOLLARS ($100,000.00), plus costs of this suit.

          GORDON & CENTRACCHIO, L.L.C.

          /s/ Joseph G. Ryan
          JOSEPH G. RYAN

GORDON & CENTRACCHIO, L.L.C.
Attorneys for Plaintiff
211 W. Wacker Drive, Suite 500
Chicago, IL 60606
(312) 332-2490
Atty. No. 36504

**Exhibit A**